```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04095
  MARIO LOPEZ
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-4020


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 04/12/06 and confirmed on 06/02/06.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  25794.01 .

      4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC    1507.06          4.21         1507.06
BECKET & LEE LLP          UNSECURED        3941.53           .00         3941.53
HSBC                      UNSECURED        NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3598.41           .00         3598.41
B REAL LLC                UNSECURED        2056.74           .00         2056.74
ECAST SETTLEMENT CORPORA  UNSECURED        1051.92           .00         1051.92
RESURGENT CAPITAL SERVIC  UNSECURED        6271.52           .00         6271.52
ROUNDUP FUNDING LLC       UNSECURED        3034.42           .00         3034.42
RESURGENT CAPITAL SERVIC  UNSECURED        1231.29           .00         1231.29
ROUNDUP FUNDING LLC       UNSECURED         471.21           .00          471.21
          Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED      PRIORITY      UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1507.06          .00        21657.04        .00       23164.10
PRINCIPAL PAID      1507.06          .00        21657.04        .00       23164.10
INTEREST PAID          4.21          .00             .00        .00           4.21
TOTAL PAID          1511.27          .00        21657.04        .00       23168.31
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $   1995.00  direct and $   1005.00  through the plan.

The Trustee received $   1029.71 .

Refunds to the Debtor totaled $     590.99 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 06/23/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE